# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**PAUL ALLEN STAPLETON et al.**                                                                               **PLAINTIFFS**

**v.**                                           **CIVIL ACTION NO. 3:10-CV-P538-H**

**JEAN BELL et al**                                                                             **DEFENDANTS**

## **MEMORANDUM OPINION**

Plaintiffs Paul Allen Stapleton and Antonio Stewart initiated this civil action under 42 U.S.C. § 1983. Upon filing the instant action, they each assumed the responsibility of keeping this Court advised of their current addresses and to actively litigate their claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Clerk of Court sent deficiencies to Plaintiffs on August 16, 2010. Those mailings were returned by the United States Postal Service marked "Return to Sender; Not Deliverable as Addressed; Unable to Forward." Neither Plaintiff has advised the Court of a change of address, and neither notices from this Court nor filings by Defendants in this action can be served on Plaintiffs. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiffs have abandoned any interest in prosecution of this case, the Court will dismiss Plaintiffs' claims by separate order.

Date:

cc: Plaintiffs, *pro se*

4412.009