UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**PAUL ALLEN STAPLETON et al.**                                              **PLAINTIFFS**

**v.**                                                     **CIVIL ACTION NO. 3:10CV-P538-H**

**JEAN BELL, et al.**                                                          **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice**.

There being no just reason for delay in its entry, this is a final Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:    Plaintiffs, *pro se*

4412.009